IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAMES AL-MADALAWI PLAINTIFF

v. 4:25-cv-01181-JM

KRISTI NOEM, ET AL DEFENDANTS

**ORDER**

On July 9, 2026, the Court entered an order pointing out the deficiencies in Plaintiff's proof of service on Defendants and giving Plaintiff until July 17, 2026 to file an amended proof of service. As of today, no amended proof of service has been filed. Therefore, Plaintiff's complaint is dismissed without prejudice for failure to perfect timely service as required by Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 28th day of July, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE