IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAMES AL-MADALAWI PLAINTIFF

v. 4:25-cv-01181-JM

KRISTI NOEM, ET AL DEFENDANTS

**JUDGMENT**

Pursuant to the order entered this day, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 28th day of July, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE